## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAEHA KELLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPIRIT HALLOWEEN SUPERSTORES LLC and CAROLE ACCESSORIES d/b/a CAROLE, INC.,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00149-RBK-MJS<br><br>Honorable Karen M. Williams, D.J.<br>Honorable Matthew J. Skahill, M.J.<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, and/or their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), with each party to bear its own attorneys' fees and costs.

Dated: January 22, 2025

**KUSHNIRSKY GERBER PLLC**

By: _____/s/_____
Andrew Gerber, Esq.
27 Union Square West
Suite 301
New York, NY 10003
Email: andrew@kgfirm.com

*Attorneys for Plaintiff, Raeha Keller*

**NEAL & McDEVITT, LLC**

By: _____/s/ Christina Frangiosa_____
Christina D. Frangiosa, Esq.
600 W. Germantown Pike, Ste 400
Plymouth Meeting, PA 19462
Email: cfrangiosa@nealmcdevitt.com

Jeffrey T. Norberg, Esq. (*pro hac vice*)
2801 Lakeside Drive, Suite 201
Bannockburn, IL 60015
Email: jnorberg@nealmcdevitt.com

*Attorneys for Defendants, Spirit Halloween Superstores LLC and Carole Accessories d/b/a Carole, Inc.*